Pro Se 1 (Rev. 12/16) Complaint for a Civil Case


USDC- GREENBELT
'23 MAY 10 AM 9:54

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Northern Division

| | |
|---|---|
| Title of Consul :Tornello-Fontaine:Pierce El-Bey. Washitaw de Dugdahmoundyah state/nation <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> STATE OF MARYLAND, ST MARYS COUNTY, LAWRENCE J HOGAN JR, WESTLEY WATENDE OMARI MOORE, OPIRHORY A, see attached <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **PX 23CV1229** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | ~~Name~~ denominate | title of Consul :Tornello-Fontaine:Pierce El-Bey. |
   | Street Address | post A-1 AA222141 unit 49308 |
   | City and County | DPO AA 27419-9998-99 |
   | State and Zip Code | State= united States of America |
   | Telephone Number | 336-525-6111 |
   | E-mail Address | Washitawconsul@protonmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | STATE OF MARYLAND (Inc) |
| Job or Title (if known) | WESTLEY WATENDE OMARI MOORE GOVERNOR/CEO |
| Street Address | 100 State Circle |
| City and County | Annapolis Anne Arundel County |
| State and Zip Code | State of Maryland 21401 |
| Telephone Number | 410-974-3901 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | LAWRENCE J HOGAN JR aka LARRY HOGAN |
| Job or Title (if known) | Former CEO acting as Governor |
| Street Address | 3415 Timberlake Farm Road |
| City and County | Davidsonville and Anne Arundel County |
| State and Zip Code | State of Maryland 21035 |
| Telephone Number | unknown |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | RICHARD DELNO FRITZ BAR membership #7706010084 |
| Job or Title (if known) | OFC STATE'S ATTY |
| Street Address | PO BOX 653 |
| City and County | LEONARDTOWN, ST MARY'S COUNTY(Inc) |
| State and Zip Code | STATE OF MARYLAND 20650 |
| Telephone Number | 301 475-7844 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | OPIRHORY A. (I.D. NO. 6678) |
| Job or Title (if known) | TPR |
| Street Address | MSP-BARRACK 'T' (9082) 23200 LEONARD HALL DR |
| City and County | LEONARDTOWN ST MARYS COUNTY |
| State and Zip Code | STATE OF MARYLAND 20650 |
| Telephone Number | 301-475-8955 |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

- Name: ST MARY'S COUNTY (Inc)
- Job or Title (if known): COUNTY GOVERNMENT
- Street Address: 41770 Baldridge Street- PO BOX 653
- City and County: Leonardtown and St Mary's County(Inc)
- State and Zip Code: State of Maryland 20650
- Telephone Number: 301-475-4200
- E-mail Address (if known): csmc@stmaryscountymd.gov

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

invoke self-executing constitutional provisions Article VI, Amendment IX and Article III of Constitution for United States; invoke self-executing treaty rights~ [Hu]man Rights Treaty, ICCP Treaty, Hague Conventions Treaties, Convention on Genocide, Consuls Treaty, Diplomatic Relations Treaty, Arbitration Treaty, Judicial Procedure Treaty but not limited too.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  invoke self-executing treaty rights for Convention on the Recognition and Enforcement of Foreign Arbitral Awards; code by United States as Title 9 U.S.C § 201; As such see attached Arbitration Award 19334AG to original complaint;

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Original Complaint titled [Hu]man Rights violations via Hate Crime and slave trade.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Original complaint with Attached Arbitration Awards 19334AG alternative relief and punitive and or exemplary damages. Also see attached evidences to support claim of entitlement to actual and or punitive damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10 May 2023

Signature of Plaintiff: Tornello-Fontaine; pierce el-bey, title of Consul

Printed ~~Name~~ of Plaintiff denominate: Tornello-Fontaine: Pierce El-Bey, title of Consul

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address