UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST    FIRST-CLASS MAIL
06/07/2023
US POSTAGE $000.60

ZIP 20770
041M11451260

Tornello-Fontaine Pierce El-Bey
Post A-1 AA222141 unit 49308
DPO AA 27419-9998-99

RTS IA

FILED
LOGGED

JUN 22 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

NIXIE       274      DC 1            0006/17/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20770124999    *0748-00481-10-36

UTF
20770>1249