IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TORNELLO-FONTAINE PIERCE EL-BEY,

  Plaintiff,

v.

STATE OF MARYLAND, et al.,

  Defendants.

Civil Action No.:  PX-23-1229

**ORDER**

Plaintiff Tornello-Fontaine Pierce El-Bey filed suit and paid the full filing fee. Accordingly, he is responsible for serving defendants. Counsel has already appeared and filed responsive pleadings for Defendants St. Mary's County, State of Maryland, Lawrence J. Hogan, and Richard Delno Fritz.  ECF Nos. 4, 9.  Thus, Plaintiff must serve only Defendant Opirhory A. ECF No. 1 at 2.

Plaintiff has provided a summons for Defendant Opirhory and the Clerk shall be directed to issue summons and return it to Plaintiff.  Under Fed. R. Civ. P. 4(e)(1), service of process on an individual must comport with the state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located.  In Maryland, service on an individual defendant is made by either: (1) leaving a copy of the summons, Complaint, and all other papers filed with it at the individual's dwelling house or usual place of abode with a resident of suitable age and discretion; or (2) by mailing to the person to be served a copy of the summons, Complaint, and all other papers filed with it by certified mail requesting "Restricted Delivery – show to whom, date, address of delivery."  Maryland Rule 2-121(a).  Both LexisNexis and Westlaw provide free public access to the Maryland Rules.  Free public access to the Maryland

Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law/code-rules-laws-sources.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effectuated by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effectuating service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that they have served Defendant Opirhory.

If Plaintiff fails to file proof of service for Defendant Opirhory, Plaintiff risks dismissal of this case against that defendant. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may demand the party show cause why the claims should not be dismissed as to the defendant not served. If a party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Finally, court correspondence previously mailed to Plaintiff on June 7, 2023, has been returned and marked "not deliverable as addressed." ECF No. 12. Accordingly, Plaintiff must supply a complete mailing address where he may receive case related materials and filings. Alternatively, Plaintiff may seek to consent to receiving notifications electronically via email. *See In re Consent to Receive Electronic Notice*, Misc. No. 00-308, Standing Order 2018-05 (D. Md. 2018).

Accordingly, it is this 5th day of July, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to issue the summons provided for

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service showing who received service and when it was received.

Defendant Opirhory and to return summons to Plaintiff. If service copies of the Complaint were provided, the Clerk SHALL RETURN them to Plaintiff;

2. Plaintiff IS GRANTED twenty-eight (28) days from the date of this Order to provide the Court with an appropriate mailing address or sign a consent form to receive notification of filing electronically;

3. Plaintiff IS FOREWARNED that failure to comply with the Court's Order may result in dismissal of the Complaint without prejudice and without further notice from the Court; and

4. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff at his last known address and to counsel of record.

/S/
_____
Paula Xinis
United States District Judge