IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TORNELLO-FONTAINE PIERCE EL-BEY,

   Plaintiff,

  v.

STATE OF MARYLAND, et al.,

   Defendants.

Civil Action No.: PX-23-1229

**ORDER**

On July 5, 2023, this Court directed that the Clerk issue a summons for the remaining unserved defendant, Opirhory, and return it to Plaintiff Tornello-Fontaine Pierce El-Bey for service with the Complaint. ECF No. 14. Plaintiff was also directed to either provide a complete and valid mailing address or sign a consent form to receive notification of filing electronically. *Id.* Since that time, the Court has received returned mail addressed to the place that Plaintiff argues is valid. The returned mail is marked "vacant," "not known," and "invalid or closed military designated unit or zip code." *See* ECF Nos. 16, 18.

Also during this time, the Plaintiff has filed three additional documents to support his assertion that he has effected service on Opirhory; he attaches several certified mail receipts. *See* ECF Nos. 17, 17-1, 19, 19-1, 20. However, the summons for Opirhory was not issued by the Clerk until July 5, 2023. ECF No. 15. Thus, while Plaintiff asserts that he served Opirhory by certified mail on May 16, 2023, he could not have properly effected service because the summons he mailed to Opirhory had not yet been signed, sealed, and issued by the Clerk. *See* ECF No. 17-1.

Plaintiff was forewarned that failure to comply with the Court's Order could result in dismissal of the Complaint. In light of Plaintiff's failure to provide a valid address or consent to

receive electronic notice, and his failure to serve Defendant Opirhory with the issued summons and Complaint, the Complaint will be dismissed without prejudice.

Accordingly, it is this 18th day of September, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that::

1. The Complaint IS DISMISSED without prejudice;

2. Defendant St. Mary's County's Motion to Dismiss for Failure to State a Claim or in the Alternative for a More Definite Statement (ECF No. 4) IS DENIED without prejudice;

3. Defendants State of Maryland, Lawrence Hogan, and Richard Delno Fritz's Motion to Dismiss (ECF No. 9) IS DENIED without prejudice;

4. The Clerk SHALL MAIL a copy of this Order to Plaintiff at his last known address and SHALL PROVIDE a copy to all counsel of record; and

5. The Clerk IS FURTHER DIRECTED to CLOSE this case.

/S/
_____
Paula Xinis
United States District Judge